|  |  |  |
|---|---|---|
| KEVIN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:18-CV-1829 RLW |
| | ) | |
| v. | ) | |
| | ) | |
| RAVEN DEVELOPMENT, LLC | ) | |
| WHELAN SECURITY CO. and | ) | |
| WILLIAM DON BRUNK | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion Requesting a Hearing and Extension of the Designation of Neutral/ADR Conference Report Filing Deadline (ECF No. 30). The parties' designation of neutral was due on September 6, 2019, and is overdue. Defendants state that the parties have attempted to schedule a mediation, but have had difficulty due to scheduling conflicts. Defendants ask the Court to extend the deadline to designate a neutral/ADR conference report for seven (7) days after the scheduling hearing. (ECF No. 30, ¶11).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion Requesting a Hearing and Extension of the Designation of Neutral/ADR Conference Report Filing Deadline (ECF No. 30) is **GRANTED**, in part, and **DENIED**, in part. The Court orders the parties to confer regarding a mutually agreeable date and arbitrator. If the parties cannot reach an agreement by **September 25, 2019**, the Court will appoint an arbitrator for the parties.

.

**IT IS FURTHER ORDERED** that the parties shall file their Designation of Neutral with the Court no later than **September 25, 2019**, or the Court will appointment an arbitrator for the parties.

**IT IS FINALLY ORDERED** that the parties shall complete mediation no later than **November 5, 2019**.

Dated this 17th day of September, 2019.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**